# 911

## FINANCIAL STATEMENT

### NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 10,000 | | Notes payable to banks—secured | | | |
| U.S. Government securities--add schedule | | | Notes payable to banks--unsecured | | | |
| Listed securities—add schedule | 22,400 | | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | Accounts and bills due | | | |
| Due from relatives and friends | | | Unpaid income tax | | | |
| Due from others | | | Other unpaid tax and interest | | | |
| Doubtful | | | Real estate mortgages payable—add schedule | 55,000 | | |
| Real estate owned--add schedule | 117,000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | | |
| Autos and other personal property | 75,000 | | Credit Card Accounts | 4,200 | | |
| Cash value--life insurance | 28,000 | | | | | |
| Other assets--itemize: | | | | | | |
| Wachovia Bank Brokerage IRA | 15,000 | | | | | |
| State 457 Deferred Compensation | 52,000 | | | | | |
| State Retirement Plan | 60,000 | | | | | |
| State 401K Plan | 12,000 | | Total liabilities | 59,200 | | |
| NationsBank Retirement Plan | 40,000 | | Net Worth | 372,200 | | |
| Total Assets | 431,400 | | Total liabilities and net worth | 431,400 | | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | None | | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | None | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | None | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | Paid | | | | | |
| Other special debt | None | | | | | |

Digitized by Google

.

## SCHEDULE OF ASSETS AND LIABILITIES

### ASSETS

Listed Securities:

| | |
|---|---|
| 200 shares NationsBank | $ 12,000 |
| 75 shares Duke Power | 2,700 |
| 200 shares RJ Reynolds | 1,300 |
| 25 shares Lance Co. | 400 |
| US Savings Bonds | 6,000 |
| (Purchase Value) | |
| | |
| Total | $ 22,400 |

Real Estate

| | |
|---|---|
| 325 Mayfair Drive | $ 99,000 |
| (Principal Residence) | |
| 2.5 acres - vacant lot | 15,000 |
| .6 acre - vacant lot | 3,000 |
| | |
| Total | $117,000 |

### LIABILITIES

Real Estate Mortgage:

| | |
|---|---|
| Wachovia Bank and Trust | $ 55,000 |
| Credit Card Accounts | |
| MasterCard | 2,500 |
| America Express | 1,400 |
| Visa | 300 |
| | |
| Total | $ 59,200 |

Digitized by Google

| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989. (5 U.S.C.A. App. 6, 98101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BEATY, JR.    JAMES    A. | UNITED STATES DISTRICT COURT | 8/26/94 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge Nominee | X Nomination, Date 8/25/94 ___ Initial ___ Annual ___ Final | January 1, 1994 – August 25, 1994 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___ |
|---|---|
| 200 N. Main Street Winston-Salem, NC  27101 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed.* Complete all parts, checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

POSITION        NAME OF ORGANIZATION/ENTITY

| X | NONE (No reportable positions) |
|---|---|

_____    _____

_____    _____

_____    _____

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

DATE        PARTIES AND TERMS

| X | NONE (No reportable agreements) |
|---|---|

_____   But see further explanation at VIII _____

_____   _____

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| | NONE (No reportable non-investment income) | |
| | State of North Carolina - Salary | $ 102,000 |
| | (S) NationsBank of North Carolina, N.A. | $_____ |
| | _____ | $_____ |
| | _____ | $_____ |
| | _____ | $_____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JAMES A. BEATY, JR. | 8/26/94 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| State of North Carolina | Reimbursement for monthly automobile mileage |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☒ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

* VALUE CODES: J = $15,000 or less, K = $15,001 to $50,000, L = $50,001 to $100,000, M = $100,001 to $250,000, N = $250,001 to $500,000, O = $500,001 to $1,000,000, P = more than $1,000,000

Digitized by Google

# 915

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JAMES A. BEATY, JR. | 8/26/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset, using the parenthetical "(T)" for trust or "(W)" for owner of reporting individual and spouse, "(S)" int separate ownership by spouse "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Wachovia Bank & Trust Brokerage IRA | A | DIV | K | T | | | | | . |
| 2 US Savings Bonds | A | INT | J | T | | | | | |
| 3 Duke Power Common | A | DIV | J | T | | | | | |
| 4 State of NC 457 Deferred Compensation | B | INT | L | T | | | | | |
| 5 State of NC Judicial Retirement Plan | B | INT | L | T | | | | | |
| 6 BB&T - Raleigh, NC 401K-Fidelity-Equity Index; | A | DIV | J | T | | | | | |
| 7 Fidelity Magelin | | | | | | | | | |
| 8 (S)NationsBank Thrift | A | DIV | K | T | | | | | |
| 9 (S)NationsBank Common | A | DIV | J | T | | | | | |
| 10 (DC) NationsBank Securities RJR Common, Lance Common | A | DIV | J | T | | | | | |
| 11 Stephens Equity Fund | | | | | | | | | |
| 12 Wachovia Bank Cash IRA | A | INT | J | T | with-drawn | 8/2 | J | D | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=more than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000
(See Col. C1 & D3)    M=$250,001 to $500,000    O=$500,001 to $1,000,000    P=more than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | JAMES A. BEATY, JR. | 8/26/94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

II. Agreements - I do not have any reportable agreements, however, I am presently enrolled in three benefit plans through my current employer, the State of North Carolina. I do not intend nor am I allowed to make further contributions, but the funds may remain in the three seperate accounts until I can determine what proper disposition may be made with them. These include a 401K Plan (Value J), 457 Deferred Compensation Plan (Value L) and a Judicial Retirement Plan (Value L).

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _James A. Beaty_  Date _8/26/94_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google